IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **HENRY L. JOHNSON,** <br><br> Plaintiff, <br><br> vs. <br><br> **KENNETH CLAYTON**, et. al., and **ROBERT BEARD** <br><br> Defendants. | Case No. **02-CV-03322-DW** |

## JUDGMENT

**NOW ON THIS**, 5th day of August, 2005, this matter comes before the court for trial on the issue of Plaintiff's damages following the entry of summary judgment against Defendant Robert Beard. The Court finds the issue of damages in favor of Plaintiff and against Defendant Robert Beard. The Court enters judgment in favor of Plaintiff and against Defendant Robert Beard as follows: actual damages - $750,000.00; punitive damages $1,500,000.00; and attorney fees - $15,000.00. Costs taxed against Defendant Robert Beard.

**SO ORDERED**.

/S/ DEAN WHIPPLE
Hon D. Whipple, District Judge

Date: August 24, 2005